**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Shawn Keith BUDDEN, Defendant—**
**Appellant.**

No. 08–6854.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 23, 2009.

Decided: April 29, 2009.

Shawn Keith Budden, Appellant Pro Se. Marshall Prince, II, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shawn Keith Budden appeals the district court's order denying his motion for modification of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Budden*, No. 4:94–cr–00297–CWH–5 (D.S.C. May 29, 2008). *See United States v. Hood*, 556 F.3d 226 (4th Cir. 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*